IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **REMY AUGUSTIN,** | ) | Civil Action No. 7:13-cv-00112 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | By:   Hon. Michael F. Urbanski |
| Defendant(s). | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered on this day, it is

hereby **ORDERED**

that this 28 U.S.C. § 2241 action is **DISMISSED;** a certificate of appealability is **DENIED**; and

the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to a send a copy of this Order and the accompanying Memorandum Opinion to the parties.

Entered:  April 23, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge